# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JEREMY R. LONGE,<br><br>               Plaintiff,<br><br>v.<br><br>MILWAUKEE COUNTY, DAVID J. CLARKE, JR. RICHARD E. SCHMIDT, BATINA TRAWECK, ASHLEY DOE, BARBARA WILLIAMS, RENE RICHARDSON, KRISTEN BABE, VIVALYNN ANDERSON, VICKI BROWN, SHAUNE TREVINO, DIANA MUELLER, JILL WALLERS, BARBRA WIGLEY, DR. BLANCO, and JOHN DOES 1–10,<br><br>               Defendants. | Case No. 18-CV-1128-JPS<br><br>**ORDER** |

This action was filed on July 20, 2018. (Docket #1). Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Inexplicably, Plaintiff did not request that summons be issued for the defendants until August 31, 2018. In any event, the ninety-day period for service has passed without Plaintiff provided proof of service on any of the defendants. The Court will therefore require that,

within **ten (10) days** of the entry of this Order, Plaintiff must provide evidence of service as to each defendant or otherwise explain why good cause exists to extend the Rule 4(m) deadline. Failure to do so will result in dismissal of this action without prejudice and without further notice.[1]

Accordingly,

**IT IS ORDERED** that, within **ten (10) days** of the entry of this Order, Plaintiff must provide evidence of service or otherwise explain why good cause exists to extend the Federal Rule of Civil Procedure 4(m) deadline for service as to each of the defendants.

Dated at Milwaukee, Wisconsin, this 24th day of October, 2018.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge

---

[1] The Court also notes that Plaintiff filed letters in August 2018 seeking to strike certain allegations from his complaint. (Docket #3 and #4). This is not the proper method for amending a pleading. The letters have been duly ignored by the Court.